JT MAGEN, Respondent, v HARTFORD FIRE INSURANCE COMPANY et al., Appellants, et al., Defendants.

Submitted October 19, 2009; decided December 15, 2009

Reported below, 64 AD3d 266.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

---

SUSAN LARABEE et al., Respondents-Appellants, v GOVERNOR OF THE STATE OF NEW YORK, Defendant, and NEW YORK STATE SENATE et al., Appellants-Respondents.

In the Matter of EDWARD A. MARON et al., Appellants, v SHELDON SILVER, as Speaker of the State Assembly, et al., Respondents, et al., Respondent.

CHIEF JUDGE OF THE STATE OF NEW YORK et al., Appellants-Respondents, v GOVERNOR OF THE STATE OF NEW YORK, Defendant, and SPEAKER OF THE NEW YORK STATE ASSEMBLY et al., Respondents-Appellants.

Submitted December 7, 2009; decided December 15, 2009

Reported below, 58 AD3d 102; 65 AD3d 74; 65 AD3d 898.

Motion by Association of Justices of the Supreme Court of the State of New York et al. for leave to appear amici curiae on the appeals herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

Chief Judge LIPPMAN taking no part.